UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT JOURDAN,<br><br>        Plaintiff,<br><br>    v.<br><br>SELVI STANISLAUS, et al.,<br><br>        Defendants. | Case No. 24-cv-03399-AGT<br><br>**REPORT AND RECOMMENDATION** |

    Christopher Scott Jourdan hasn't filed an amended complaint, and the deadline set in the prior screening order by which to do so has now passed. *See* dkt. 7. The "Affidavit of Mailing" at dkt. 8 is not construed by the undersigned as an amended complaint, presents no discernible claims, fails to address the deficiencies identified in the prior screening order, and does not appear to be a redacted version of the original complaint.

    For the reasons identified in the prior screening order, the undersigned (i) requests that the Clerk of the Court reassign Jourdan's case to a district judge and (ii) recommends that the district judge dismiss Jourdan's complaint without prejudice. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

    Jourdan may object to this recommendation, but he must do so within fourteen days of being served with a copy of it. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

    **IT IS SO ORDERED.**

Dated: August 16, 2024

                                                                                     Alex G. Tse<br>
                                                                                   United States Magistrate Judge