UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT JOURDAN,<br><br>Plaintiff,<br><br>v.<br><br>SELVI STANISLAUS, et al.,<br><br>Defendants. | Case No. 24-cv-03399-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL**<br><br>Re: Dkt. No. 9 |

The Court has reviewed Magistrate Judge Tse's Report and Recommendation Re Dismissal. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Jourdan's complaint is dismissed without prejudice. The Clerk is directed to enter judgment in favor of Defendants and against Plaintiff, and to close the file.

**IT IS SO ORDERED.**

Dated: October 2, 2024

Haywood S. Gilliam, Jr.
United States District Court Judge